IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| SCOTT A. SAMFORD, JR., § | |
| TDCJ No. 835644, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-06-0351 |
| § | |
| WARDEN C.S. STAPLES, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 2nd day of August, 2006.

_____

DAVID HITTNER

United States District Judge